4:22-cv-01016-KGB-JTK

My name is Michael Tucker I have been in Yell co Jail for 32 day's and I have heart problems and put in a week early to go see my heart Doctor and they refused to take me to my appointment. I was sick for 4 day's with covid/Flu like systems and Still didn't let me see a doctor. I even demanded to go to the hospital and still nothing at no doctor I told every staff member that came in and Jennifer Koener also. Both of my heels are busted open and asked to see a doctor about that too and again, no doctor.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 21 2022
TAMMY H. DOWNS, CLERK
By:_____ DEPUTY CLERK

This case assigned to District Judge Baker
and to Magistrate Judge Kearney

Michael Sean Tucker

Michael Tucker
PO Box 99
Danville, AR 72833

LITTLE ROCK AR 720
18 OCT 2022 PM 3 L

INMATE MAIL
RETURN TO SENDER

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
600 W CAPITOL AVE, SUITE A-149
LITTLE ROCK, AR 72201-3325

72201-339919