IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL SEAN TUCKER**  **PLAINTIFF**
**ADC #094683**

v.   Case No. 4:22-cv-01016-KGB

**DOE**  **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 8). Plaintiff Michael Sean Tucker has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Tucker's complaint for failure to state a claim on which relief may be granted. The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this the 1st day of February, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge