IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL SEAN TUCKER**                                                                               **PLAINTIFF**
**ADC #094683**

v.                                   **Case No. 4:22-cv-01016-KGB**

**DOE**                                                                                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Michael Sean Tucker's complaint and addendum are dismissed without prejudice (Dkt. Nos. 1, 4). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal is considered frivolous and not in good faith.

It is so adjudged this 1st day of February, 2023.

_____
Kristine G. Baker
United States District Judge